IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LEON LAMAR,

   Petitioner,

     v.

TYDUS MEADOWS
Warden, and/or his successor in office,
Steve Roberts,

   Respondent.

CIVIL ACTION FILE
NO. 1:06-CV-2093-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the Petition. The Court has no jurisdiction to hear a challenge to the Petitioner's conviction without an Order from the Court of Appeals. The challenge to his parole revocation is barred by the one year limitations period of 28 U.S.C. § 2244(d)(1)(D). After careful consideration of the Petitioner's Objections, the Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

T:\ORDERS\06\Lamar\r&r.wpd

SO ORDERED, this 6 day of October, 2006.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge